ORIGINAL

FILED
08 MAY 29 PM 2:32

James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA  93960-0705

Telephone: N/A

Plaintiff, Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CENTOBENE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, Governor,<br>State of California; JAMES<br>TILTON, Secretary, Dept. of<br>Corrections and Rehabilitation;<br>SCOTT KERNAN, Director, Division<br>of Adult Institutions, Dept. of<br>Corrections and Rehabilitation;<br>TERRI McDONALD, Chief Deputy<br>Administrator, California Out-<br>of-State Correctional Facilities<br>Unit, Dept. of Corrections and<br>Rehabilitation; BEN CURRY,<br>Warden, Correctional Training<br>Facility; and, DOES 1 through 5,<br><br>　　　　Defendants. | No._____<br><br>WHA (PR)<br><br>PLAINTIFF'S DECLARATION<br>REGARDING PREPAYMENT OF<br>FILING FEES AND REQUEST<br>TO PROCEED AS IF PAID<br><br>AUTHORIZATION TO ORDER<br>THE RELEASE/PAYMENT OF<br>FILING FEES |

<u>DECLARATION OF PLAINTIFF</u>

I, James Centobene, declare as follows:

1.   I am the plaintiff in the attached action.

1.

2. I am not eligible to proceed in forma pauperis as I have sufficient funds to pay the filing fees in this action. (See Trust Account Statement dated 4/8/08, Exhibit A.)

3. On _May 14th_, 2008, prior to mailing/filing the accompanying complaint in this action, I submitted a Trust Withdrawal Order for $350.00, payable to the Northern District Court of Calif., to the Correctional Counselor I, Creamer-Todd, for approval and delivery to the Trust Office so that a money order could be issued. I also provided a pre-addressed, stamped envelope along with the Trust Withdrawal Order so that the money order could be sent directly to the Court upon its issuance. (See Trust Withdrawal Order, Exhibit B.)

4. Due to the nature of this lawsuit, the necessity of a prompt filing and my request for a Temporary Restraining Order and Preliminary Injunction, I could not delay the filing of this complaint for the indeterminate time it may take for the defendant to issue a check on my behalf.

5. Nonetheless, I have taken all reasonable steps to ensure that the Court will receive their filing fees in a prompt and expeditious manner.

////
////

**WHEREFORE**, I respectfully request that the Court will proceed with this action as if the filing fees were fully paid.

2.

**IN ADDITION**, if necessary, this declaration may serve as my consent to the Court to issue those orders necessary to secure the payment of the filing fees from the defendant, Ben Curry, Warden of the Correctional Training Facility.

////

////


I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 22nd day of May, 2008 at the Correctional Training Facility in Soledad, California.

_____
James Centobene,
Plaintiff, Propria Persona

3.

# EXHIBIT A

# EXHIBIT A

```
REPORT ID: TS3030  .701                                          REPORT DATE: 04/08/08
                                                                 PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : J17051                     BED/CELL NUMBER: NORBT2000000201L
ACCOUNT NAME   : CENTOBENE, JAMES           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                  TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----  -----------    -------      ---------   --------    -----------    -------

01/01/2008    BEGINNING BALANCE                                                   936.06

01/14  FR01  CANTEEN RETUR  702181                                   25.00-       961.06
02/21  W450  DONATION-VETE  2701MOHIGH                                23.00       938.06
03/17  FC02  DRAW-FAC 2     3022 UN-I                                 60.00       878.06
03/21  D300  CASH DEPOSIT   3066 68451                  50.00                     928.06

                                  TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
 ----------     ---------     -----------     --------     ---------      ------------
    936.06         50.00         58.00         928.06         0.00            0.00


                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                           ---------
                                                                             928.06
                                                                           ---------
```

# EXHIBIT B

# EXHIBIT B

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date May 11, 2008

To: Warden          Approved _____

I hereby request that my Trust Account be charged $ 350.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

J-17051  
NUMBER

_James Centobene_ (signature)  
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE Filing Fees  
In Memo Field  
"Centobene v. Schwarzenegger"

NAME Northern District Court of Calif.  
ADDRESS 450 Golden Gate Avenue  
San Francisco, CA 94102

James Centobene  
PRINT YOUR FULL NAME HERE