ORIGINAL

FILED
08 MAY 29 PM 2:29

James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA 93960-0705

Telephone: N/A

Plaintiff, Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CENTOBENE,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California; JAMES TILTON, Secretary, Dept. of Corrections and Rehabilitation; SCOTT KERNAN, Director, Division of Adult Institutions, Dept. of Corrections and Rehabilitation; TERRI McDONALD, Chief Deputy Administrator, California Out-of-State Correctional Facilities Unit, Dept. of Corrections and Rehabilitation; BEN CURRY, Warden, Correctional Training Facility; and, DOES 1 through 5,<br><br>  Defendants. | No. _____ 08 WHA (PR)<br><br>PLAINTIFF'S EX PARTE MOTION FOR SERVICE OF PROCESS BY THE UNITED STATES MARSHALS' OFFICE WITHOUT PREPAYMENT OF PROCESS SERVICE FEES; DECLARATION; MEMORANDUM OF POINTS AND AUTHORITIES; AND, EXHIBITS |

Plaintiff, James Centobene, hereby moves the Court for an Order, directed to the United States Marshals' Office, for the Service of Process in the above-named action without the prepayment of process service fees. This motion is based on

1.

this motion, Plaintiff's declaration, the memorandum of points and authorities, and exhibits attached hereto.

DATED: May 22, 2008

Respectfully submitted,

*(signature)*

James Centobene,
Plaintiff, Propria Persona

2.

**DECLARATION OF PLAINTIFF**

I, James Centobene, declare as follows:

1. I am the plaintiff in the attached action.

2. I am seeking a Temporary Restraining Order ("TRO") and Preliminary Injunction in this action. As a result, I will need to have the United States Marshals' Office serve the defendants with the Complaint, Summons, Request for TRO and Preliminary Injunction -- and the TRO, if issued -- as soon as possible.

3. I have sufficient funds to pay for the Service of Process by the United States Marshals' Office. (See Inmate Trust Account Statement dated April 8, 2008, Exhibit A.)

4. However, because I do not have direct access or control over my funds, I am unable to have a money order issued to the United States Marshals' Office in a timely manner consistent with the expedited service that I am seeking.

5. **WHEREFORE**, I am seeking an Order for the Service of Process by the United States Marshals' Office without the prepayment of process service fees.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 22ⁿᵈ day of May, 2008, at the Correctional Training Facility in Soledad, California.

_/s/ James Centobene_
James Centobene,
Plaintiff, Propria Persona

3.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Federal Rules of Civil Procedure, Rule 4(c)(2), provides that: "At the request of the plaintiff, [], the court may direct that service be effectuated by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose."

In addition, the "Process Receipt and Return" form (Form USM-285 (Rev. 12/15/80)) provided by the United States Marshals' Office specifically provides for the option of being billed for their services. (Page 4 of Form USM-285.)

Accordingly, it is fully within this Court's discretion to order the Service of Process without the prepayment of process service fees. In addition, Plaintiff submits that such an Order is necessary to prevent the irreparable harm he seeks to enjoin in the accompanying pleadings.

////

WHEREFORE, Plaintiff respectfully requests that an Order for the Service of Process by the United States Marshals' Office without the prepayment of process service fees should issue.

DATED: May 22, 2008

Respectfully submitted,

_____
James Centobene,
Plaintiff, Propria Persona

4.

# EXHIBIT A

# EXHIBIT A

```
REPORT ID: TS3030  .701                                          REPORT DATE: 04/08/08
                                                                 PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : J17051                       BED/CELL NUMBER: NORBT20000002O1L
ACCOUNT NAME   : CENTOBENE, JAMES             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
-----   ----  -----------     ---------    ----------  ----------   -----------   --------

01/01/2008    BEGINNING BALANCE                                                   936.06

01/14  FR01  CANTEEN RETUR    702181                                  25.00-      961.06
02/21  W450  DONATION-VETE    2701MOHIGH                               23.00      938.06
03/17  FC02  DRAW-FAC 2       3022 UN-I                                60.00      878.06
03/21  D300  CASH DEPOSIT     3066 68451               50.00                      928.06

                                 TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL         TOTAL        CURRENT         HOLDS        TRANSACTIONS
     BALANCE        DEPOSITS    WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED
    ---------      ---------    -----------    ---------      ---------      ------------
     936.06         50.00         58.00          928.06         0.00            0.00

                                                                              CURRENT
                                                                             AVAILABLE
                                                                              BALANCE
                                                                             ---------
                                                                              928.06
                                                                             ---------
```