```
                James Centobene, J-17051
                  P.O. Box 705, RB-201L
                    CTF - North Facility
                  Soledad, CA 93960-0705
```

May 26, 2008

Clerk of the Court                Re: Filing Fees for Lawsuit
U.S. District Court                   Centobene v. Schwarzenegger
Northern District, Calif.
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Clerk of the Court:

On Wednesday, May 14, 2008, I submitted a request for a money order for $350.00 to be issued made payable to the Northern District Court of Calif. in the above-named lawsuit. As of TODAY, the lawsuit is being sent to you in a separate package and will be in your possession within the next two days. (Just long enough for the mailroom to affix the postage.)

I submitted the money order request early because it usually take two to three weeks to get a money order issued and I want the Court to receive their filing fees as soon as possible.

If, by some miracle, you have already received the money order -- PLEASE HOLD IT -- as my lawsuit should be there within a couple of days.

I just wanted to take a moment to advise you of the status of my soon-to-be-filed lawsuit and the separately arriving filing fees. As always, your time and effort is greatly appreciated.

                                      Sincerely,

                                      [signature]
                                      James Centobene

James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA 93960-0705

**CONFIDENTIAL**
**LEGAL MAIL**

Clerk's Office of the
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102