```
James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA  93960-0705

Telephone: N/A

Plaintiff, Propria Persona
```



ORIGINAL FILED

JUN 2 7 2008

RICHARD W. WIEKING
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CENTOBENE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, Governor, State of California; JAMES TILTON, Secretary, Dept. of Corrections and Rehabilitation; SCOTT KERNAN, Director, Division of Adult Institutions, Dept. of Corrections and Rehabilitation; TERRI McDONALD, Chief Deputy Administrator, California Out-of-State Correctional Facilities Unit, Dept. of Corrections and Rehabilitation; BEN CURRY, Warden, Correctional Training Facility; and, DOES 1 through 5,<br><br>　　　Defendants. | No. CV 08-2708 WHA (PR)<br><br>PLAINTIFF'S EX PARTE MOTION TO APPEAR AT HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BY TELEPHONIC CONFERENCE<br><br>REQUEST FOR ORDER TO APPEAR BY TELEPHONIC CONFERENCE |

TO THE HONORABLE WILLIAM H. ALSUP:

Plaintiff, James Centobene ("Centobene"), hereby moves the Court for an <u>ORDER</u> directed to Defendant Ben Curry, Warden of the Correctional Training Facility to provide Plaintiff Centobene

1.

with access to a telephone so he may appear at the hearing on the motion for preliminary injunction by telephonic conference. An <u>ORDER</u> is needed because Centobene is incarcerated, proceeding in propria persona, is unable to personally attend the hearing and has no other means to preserve his substantial rights. In addition, Centobene has no other access to a telephone except for that provided by Defendant Curry.

    This motion is based on this motion, Centobene's declaration and the memorandum of points and authorities attached hereto.

DATED: June 25, 2008

*[signature]*
James Centobene,
Plaintiff, Propria Persona

2.

<u>DECLARATION OF PLAINTIFF</u>

I, James Centobene, declare as follows:

1. I am the plaintiff in the attached action.

2. I am seeking an <u>ORDER</u> directed to Defendant Ben Curry, Warden of the Correctional Training Facility to provide me with access to a telephone at the date and time specified by this Court in order to appear by telephonic conference at the hearing on the motion for preliminary injunction.

3. I am incarcerated and proceeding in propria persona. As such, I am unable to personally attend this hearing. In addition, I have no access to any telephone that I may use to directly call the Court.

4. Accordingly, the only means I have to answer any questions or concerns from this Court and to defend or argue my case is to appear by telephonic conference.

5. <u>WHEREFORE</u>, I respectfully request that an <u>ORDER</u> for telephonic conference issue.

////

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 25th day of June, 2008, at the Correctional Training Facility in Soledad, California.

/s/ James Centobene
James Centobene,
Plaintiff, Propria Persona

3.

MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Centobene has moved the Court for a Temporary Restraining Order and Preliminary Injunction. If the Court issues a TRO, a hearing on the motion for preliminary injunction generally follows within 20 days.

Centobene is incarcerated, proceeding in propria persona and is unable to physically attend this hearing. The only means available to Centobene to attend this hearing is to appear by telephonic conference.

Pursuant to the Federal Rules of Civil Procedure, Rule 83(b), a judge may regulate practice in any manner consistent with federal law, the rules adopted under 28 U.S.C. §§ 2072 and 2075 and the local rules of the district. By necessary implication, this includes those orders necessary for the orderly prosecution and conduct of any case the judge may preside over; including orders for telephonic conference.

**WHEREFORE**, Centobene respectfully prays the Court will issue an Order, directed to Defendant Ben Curry, to provide Centobene with access to a telephone so he may participate in the hearing on the motion for preliminary injunction by telephonic conference.

DATED: June 25, 2008

Respectfully submitted,

James Centobene,
Plaintiff, Propria Persona

4.

James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA 93960-0705

RECEIVED
JUN 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office of the
United State District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CONFIDENTIAL
LEGAL MAIL

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

JAMES CENTOBENE,                      )   No. C 08-2708 WHA (PR)
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   [ P R O P O S E D ]
                                      )
ARNOLD SCHWARZENEGGER, Governor,      )   ORDER TO PRODUCE PRISONER
State of California; JAMES            )   AND TO APPEAR AT HEARING
TILTON, Secretary, Dept. of           )   BY TELEPHONIC CONFERENCE
Corrections and Rehabilitation;       )
SCOTT KERNAN, Director, Division      )
of Adult Institutions, Dept. of       )
Corrections and Rehabilitation;       )
TERRI McDONALD, Chief Deputy          )
Administrator, California Out-        )
of-State Correctional Facilities      )
Unit, Dept. of Corrections and        )
Rehabilitation; BEN CURRY,            )
Warden, Correctional Training         )
Facility; and, DOES 1 through 5,      )
                                      )
        Defendants.                   )
_____ )

Plaintiff's motion to appear at the hearing on motion for preliminary injunction having been read and considered and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Ben Curry, Warden of the Correctional Training Facility shall provide Inmate Centobene, CDCR No. J-17051, with access to a direct line telephone on the _____ day of _____, 2008, at _____ a.m. / p.m. so that he may appear in this Court by telephonic conference.

DATED:                                    Judge of the District Court