ORIGINAL

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES CENTOBENE,                    )
                                    )
            Plaintiff,              )   CASE NO. _____ WHA
                                    )
    vs.                             )   PRISONER'S
                                    )   APPLICATION TO PROCEED (PR)
ARNOLD SCHWARZENEGGER, et al.,      )   IN FORMA PAUPERIS
                                    )
            Defendant.              )
_____)

I, __James Centobene__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to ~~pay the costs of this action or~~ give security, and that I believe that I am entitled to relief. I submitted this application pursuant to Clerk's orders.

    In support of this application, I provide the following information:

1.  Are you presently employed? Yes _XX_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _Unpaid Labor, $0.00_    Net: _Unpaid Labor, $0.00_

Employer: _Correctional Training Facility, Highway 101 (5 Mi. No. of Soledad), P.O. Box 686, Soledad, CA 93960-0686_

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Galpin Ford (Roscoe Blvd. by 405 Freeway, 1993)
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No XX
10             self employment
11      b.    Income from stocks, bonds,           Yes ___ No XX
12             or royalties?
13      c.    Rent payments?                       Yes ___ No XX
14      d.    Pensions, annuities, or              Yes ___ No XX
15             life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No XX
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  Not Applicable
22  _____
23  3.     Are you married?                        Yes ___ No XX
24  Spouse's Full Name:  Not Applicable
25  Spouse's Place of Employment:  Not Applicable
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ Not Applicable           Net $ Not Applicable
28  4.     a.    List amount you contribute to your spouse's support:$ 0.00

```
 1       b.      List the persons other than your spouse who are dependent upon you for
 2               support and indicate how much you contribute toward their support.  (NOTE:
 3               For minor children, list only their initials and ages.  DO NOT INCLUDE
 4               THEIR NAMES.).
 5    __None_____
 6    _____
 7  5.    Do you own or are you buying a home?           Yes ____ No _XX_
 8  Estimated Market Value: $_N/A_____  Amount of Mortgage: $_N/A_____
 9  6.    Do you own an automobile?                       Yes ____ No _XX_
10  Make __N/A_____  Year __N/A_____  Model __N/A_____
11  Is it financed? Yes _____ No _XX___ If so, Total due: $ _N/A_____
12  Monthly Payment: $ _N/A_____
13  7.    Do you have a bank account?  Yes ____ No _XX_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: __N/A_____
15  _(I have a prison Trust Account, Correctional Training Facility)_____
16  Present balance(s): $ __N/A_____
17  Do you own any cash? Yes _XX_ No ____ Amount: $ _900.00_ (Approximately)
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No _XX_
20  _____
21  8.    What are your monthly expenses?
22  Rent: $ __N/A_____ Utilities: __N/A_____
23  Food: $ __N/A_____ Clothing: __N/A_____
24  Charge Accounts:
25   Name of Account          Monthly Payment           Total Owed on This Acct.
26   N/A_____    $ _N/A_____   $ _N/A_____
27   N/A_____    $ _N/A_____   $ _N/A_____
28   N/A_____    $ _N/A_____   $ _N/A_____
```

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  <u>None</u>
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No <u>XX</u>
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  <u>Not Applicable</u>
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 <u>June 3, 2008</u>                    /s/ James Epttotton
17      DATE                              SIGNATURE OF APPLICANT

Case Number: CV 08-2708 WHA (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __James Centobene__ for the last six months
[prisoner name]
__Correctional Training Facility__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __8.34__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__804.23__.

Dated: __7-7-08__            __Yolanda Chang__
                             [Authorized officer of the institution]
                             Acct. / Spec.

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/7/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chang__
TRUST OFFICE
Acct. / Spec.

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/07/08
                                                                     PAGE NO:       1

                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 08, 2008 THRU JUL. 07, 2008

ACCOUNT NUMBER : J17051                     BED/CELL NUMBER: NORBT200000020ll
ACCOUNT NAME   : CENTOBENE, JAMES           ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION      COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  --------------   -------------   ---------   --------   -----------   -------
02/08/2008    BEGINNING BALANCE                                                     961.06
02/21   W450  DONATION-VETE    2701MOHIGH                                23.00      938.06
03/17   FC02  DRAW-FAC 2       3022 UN-I                                 60.00      878.06
03/21   D300  CASH DEPOSIT     3066 68451                     50.00                 928.06
04/09   W536  COPAY CHARGE     3291 05667                                 5.00      923.06
04/14   FR01  CANTEEN RETUR    703341                                    60.00-     983.06
04/14   FC02  DRAW-FAC 2       3354 UN-I                                100.00      883.06
05/19   FR01  CANTEEN RETUR    703808                                   100.00-     983.06
05/19   FC02  DRAW-FAC 2       3820 U-I                                 100.00      883.06
06/10   FR01  CANTEEN RETUR    704115                                   100.00-     983.06
06/10   FC02  DRAW-FAC 2       4127 U-I                                 100.00      883.06
06/17*  W512  LEGAL POSTAGE    4246 LPOST                                 4.80      878.26
06/18   W512  LEGAL POSTAGE    4273 LPOST                                12.65      865.61
06/18   W415  CASH WITHDRAW    4257 FFEE      203439927                 350.00      515.61
07/02   W415  CASH WITHDRAW    0019 JUL08     203440040                  90.00      425.61

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT     HOLDS        TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE      TO BE POSTED
---------    --------    -----------   -------     -------      ------------
 961.06       50.00        585.45       425.61      0.00            0.00

                                                CURRENT
                                               AVAILABLE
                                                BALANCE
                                               ---------
                                                425.61
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/7/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Wanda Cheng_
TRUST OFFICE
Acct. Spec.

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960

ATTN: Trust office

James Centobene, J-17051
P.O. Box 705, RB-201L
CTF - North Facility
Soledad, CA 93960-0705



9410243661 0004

Clerk's Office of the
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Spralist
/
Accounting

Shine
Yumi