United States District Court
For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    JAMES CENTOBENE,                        No. C 08-2708 WHA (PR)

11            Plaintiff,                      **ORDER OF TRANSFER**

12      v.

13    ARNOLD SCHWARZENEGGER,
      Governor, State of California; JAMES
14    TILTON, Secretary, Department of
      Corrections and Rehabilitation; SCOTT
15    KERNAN, Director, Division of Adult
      Institutions, Department of Corrections
16    and Rehabilitation; TERRI McDONALD,
      Chief Deputy Administrator,  California
17    Out-of-State Correctional Facilities Unit,
      Department of Corrections and
18    Rehabilitation; BEN CURRY, Warden,
      Correctional Training Facility; and DOES
19    1 through 5,

20            Defendants.
                                          /
21

22          This is a civil rights case brought pro se by a state prisoner.  Plaintiff alleges that he is

23    being considered for transfer to an out-of-state prison pursuant to a Department of Corrections

24    and Rehabilitation program conceived and implemented by Defendants Schwarzenegger, Tilton,

25    Kernan, and McDonald, all of whom work in Sacramento, which is in the venue of the United

26    States District Court for the Eastern District of California, and who appear to reside there.

27    Plaintiff also alleges that the one defendant who is in this district, Warden Ben Curry, "lacks the

28    authority to grant my legal challenges to a program which the Governor and State Legislature

      have approved . . . ."  (Pet. at 8)  It therefore appears unlikely he has stated a claim against

Curry.

In view of the above, it is clear that the center of gravity of this case challenging the program is in the Eastern District, not here. This case therefore is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). In view of the transfer, the Court will not rule upon plaintiff's pending motions.

**IT IS SO ORDERED.**

Dated: August ___1___, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2

G:\PRO-SE\WHA\CR.08\CENTOBENE2708.TRN.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JAMES CENTOBENE,

               Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

               Defendant.

_____/

Case Number: CV08-02708 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Centobene
J-17051/ RB-201L
Correctional Training Facility
PO Box 705
Soledad, CA 93960-0705

Dated: August 1, 2008

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk